EXHIBIT B-SCREENSHOT OF INFRINGEMENT

