EXHIBIT C-SCREENSHOT OF INFRINGEMENT

